UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES C.,[1]<br><br>             Plaintiff,<br><br>       v.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>             Defendant. | Case No. 8:19-cv-01531-JC<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: May 25, 2020                                /s/                               
                                                                Honorable Jacqueline Chooljian
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted to protect her privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.