1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LOURDES CASTELLANOS,

       Plaintiff,

     v.

ANDREW SAUL,

Commissioner of Social Security,

      Defendant

)
)
)
)
)
)
)
)
)
)
)

Case No.: 8:19-cv-01531-JC

ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of $3,400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   July 9, 2020

                         _____/s/_____

                         HONORABLE JACQUELINE CHOOLJIAN
                         UNITED STATES MAGISTRATE JUDGE